IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CAESER CLAY                                                                                              PLAINTIFF

VS.                                        Civil No. 14-cv-1004

SHERIFF DAVID NORWOOD                                                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 3, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 16) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss (ECF No. 16) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge